UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

GEN DIGITAL INC.,

    Defendant.

_____/

Case No. 2:25-cv-13041

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The parties informed the Court's chambers that they resolved the dispute. Because of the resolution, the Court will dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than twenty-one days from the entry of this Order. The Court will retain jurisdiction to reopen the case if the settlement ultimately fails. The Court is most appreciative of the parties' efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing documents dismissing the case with prejudice **no later than December 3, 2025**.

This is a final order that closes the case.

1

**SO ORDERED.**

s/ Stephen J. Murphy, III<br>STEPHEN J. MURPHY, III<br>United States District Judge

Dated: November 12, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 12, 2025, by electronic and/or ordinary mail.

s/ R. Loury<br>Case Manager